No. 344. EX PARTE SIACA, PETITIONER.—Petition for the approval of notarial surety bond executed as surety for Notary Ramón Siaca Pacheco by Carmen González de Siaca and Horacio S. Belaval by instrument No. 159 before Notary Juan de Guzmán Benítez, of San Juan, on October 19, 1914. Decided October 20, 1914. Bond approved. The petitioner appeared by brief *pro se.*

No. 359. EX PARTE KELLEY, PETITIONER.—Petition for the approval of notarial surety bond executed as surety for Notary Daniel F. Kelley by the Fidelity and Deposit Company of Maryland on October 26, 1914. Decided October 27, 1914. Bond approved. The petitioner appeared by brief *pro se.*

No. 281. EX PARTE COLL, NOTARY PUBLIC.—Petition by the National Surety Company for the termination of notarial surety bond No. 1617 executed as surety for Notary José Coll y Cuchí by said company on May 14, 1914. Decided November 10, 1914. Bond terminated to take effect January 8, 1915. The petitioning company appeared by its general agent, Mr. H. F. Besosa.

No. 156. EX PARTE ANTONSANTI, PETITIONER.—Petition for the approval of notarial surety bond executed by Salvador Suau and Agustina Monroig in public deed dated November 9, 1914, before Notary Rafael F. Ferrer. Decided November 12, 1914. Bond approved. The petitioner appeared by brief *pro se.*